| AO 10 Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Mark, Robert A. | 2. Court or Organization U.S. Bankruptcy Court S.D. FL | 3. Date of Report 07/31/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

301 N. Miami Avenue
4th Floor
Miami, FL 33128

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/31/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Mark Collection |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/03/2020 – 02/05/2020 | San Juan, Puerto Rico | Non-FJC educational seminar or program | Transportation, meals, lodging |
| 2. | INSOL International | 02/12/2020 – 02/14/2020 | Mexico City, Mexico | Non-FJC educational seminar or program | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/31/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/31/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. "Trust 1" Northern Trust Bank - 1 Cash Account | | None | K | T | | | | | |
| 2. "Trust 2" Northern Trust Bank - 2 Cash Account | A | Int./Div. | M | T | | | | | |
| 3. "Trust 1" Northern Trust Bank - 3 Cash Account | | None | J | T | | | | | |
| 4. "Trust 1" Mark Collection | | None | J | W | | | | | Note #1 |
| 5. "Trust 1" Northern Trust Bank - 4 Cash Account | | None | J | T | | | | | |
| 6. "Trust 1" Northern Trust Bank - 5 Cash Account | | None | J | T | | | | | |
| 7. "Trust 1" Northern Trust Bank - 14 Cash Account | | None | J | T | | | | | |
| 8. "Trust 2" Encore Nursing Centers | | None | J | W | | | | | |
| 9. "Trust 2" AT&T Inc Com | D | Int./Div. | M | T | Sold (part) | 03/26/20 | J | A | |
| 10. | | | | | Sold (part) | 08/06/20 | K | D | |
| 11. "Trust 2" Patterson Cos Inc Com | D | Int./Div. | M | T | Sold (part) | 08/06/20 | K | D | |
| 12. | | | | | Sold (part) | 11/13/20 | J | B | |
| 13. "Trust 2" Daimler AG | B | Int./Div. | M | T | Sold (part) | 08/06/20 | K | | |
| 14. | | | | | Sold (part) | 12/10/20 | J | C | |
| 15. "Trust 2" Kohl's Corp | B | Int./Div. | | | Sold | 10/05/20 | L | | |
| 16. "Trust 2" Verizon Communications | D | Int./Div. | M | T | Sold (part) | 03/11/20 | K | D | |
| 17. | | | | | Sold (part) | 08/06/20 | L | D | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/31/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. "Trust 2" Booking Hldgs | | None | | | Sold | 05/14/20 | K | D | |
| 19. "Trust 2" Service PPTYS | C | Int./Div. | | | Sold | 08/06/20 | K | | |
| 20. "Trust 2" Penske Automotive Group Inc | B | Int./Div. | | | Sold | 05/14/20 | M | | |
| 21. "Trust 2" Royal Dutch Shell PLC | C | Int./Div. | L | T | | | | | |
| 22. "Trust 2" Taiwan Semiconductor Mfg Co Ltd | B | Int./Div. | K | T | Sold (part) | 08/06/20 | L | E | |
| 23. | | | | | Sold (part) | 12/10/20 | K | E | |
| 24. "Trust 2" Alimentation Couche-Tard Inc | A | Int./Div. | M | T | Sold (part) | 03/26/20 | J | | |
| 25. | | | | | Sold (part) | 08/06/20 | K | D | |
| 26. "Trust 2" Amgen Inc | C | Int./Div. | M | T | | | | | |
| 27. "Trust 2" Forward Air Corp | A | Int./Div. | | | Sold (part) | 05/14/20 | L | | |
| 28. | | | | | Sold | 05/26/20 | K | | |
| 29. "Trust 2" HNI Corp | C | Int./Div. | M | T | | | | | |
| 30. "Trust 2" Infosys Limited | C | Int./Div. | M | T | Sold (part) | 08/06/20 | L | E | |
| 31. "Trust 2" Starbucks | B | Int./Div. | L | T | Sold (part) | 12/10/20 | L | E | |
| 32. "Trust 2" Western Alliance Bancorporation | A | Int./Div. | | | Sold | 05/14/20 | K | | |
| 33. "Trust 2" Allstate Corp (X) | A | Int./Div. | L | T | Buy | 08/06/20 | L | | |
| 34. | | | | | Buy (add'l) | 08/11/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/31/2021 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. "Trust 2" Archer-Daniels-Midland Co (X) | B | Int./Div. | L | T | Buy | 08/06/20 | L | | |
| 36. | | | | | Buy (add'l) | 08/11/20 | K | | |
| 37. "Trust 2" Bank N S Halifax (X) | B | Int./Div. | L | T | Buy | 05/26/20 | J | | |
| 38. | | | | | Buy (add'l) | 08/06/20 | L | | |
| 39. "Trust 2" Comenity Cap Bk (X) | | None | M | T | Buy | 12/16/20 | M | | |
| 40. "Trust 2" Deutsche Telekom (X) | | None | K | T | Buy | 10/05/20 | K | | |
| 41. "Trust 2" Johnson & Johnson (X) | B | Int./Div. | L | T | Buy | 08/06/20 | L | | |
| 42. | | | | | Buy (add'l) | 08/11/20 | K | | |
| 43. "Trust 2" McKesson Corp (X) | | None | K | T | Buy | 08/11/20 | K | | |
| 44. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 45. "Trust 2" Unilever (X) | B | Int./Div. | L | T | Buy | 08/06/20 | L | | |
| 46. | | | | | Buy (add'l) | 08/11/20 | K | | |
| 47. "501 Eagle" Northern Trust Bank - 13 Cash Account | | None | J | T | | | | | |
| 48. "501 Eagle" AT&T Inc Com | B | Int./Div. | J | T | Sold (part) | 08/06/20 | J | A | |
| 49. "501 Eagle" Patterson Cos Inc Com | B | Int./Div. | K | T | Sold (part) | 08/06/20 | K | D | |
| 50. "501 Eagle" Daimler AG | A | Int./Div. | J | T | Sold (part) | 08/06/20 | J | | |
| 51. | | | | | Sold (part) | 12/10/20 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Robert A. | 07/31/2021 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. "501 Eagle" Kohl's Corp | A | Int./Div. | | | Sold | 10/05/20 | J | | |
| 53. "501 Eagle" Verizon Communications | A | Int./Div. | K | T | | | | | |
| 54. "501 Eagle" Booking Hldgs | | None | | | Sold | 05/14/20 | J | B | |
| 55. "501 Eagle" Service PPTYS | A | Int./Div. | | | Sold | 08/06/20 | J | | |
| 56. "501 Eagle" Royal Dutch Shell PLC | A | Int./Div. | K | T | | | | | |
| 57. "501 Eagle" Amgen inc | A | Int./Div. | J | T | | | | | |
| 58. "501 Eagle" Forward Air Corp | | None | | | Sold | 05/14/20 | J | | |
| 59. "501 Eagle" HNI Corp | A | Int./Div. | J | T | | | | | |
| 60. "501 Eagle" Infosys Limited ADR | A | Int./Div. | K | T | | | | | |
| 61. "501 Eagle" Allstate Corp (X) | | None | J | T | Buy | 08/06/20 | J | | |
| 62. "501 Eagle" Archer-Daniels-Midland Co (X) | | None | J | T | Buy | 08/06/20 | J | | |
| 63. "501 Eagle" Bank N S Halifax (X) | | None | J | T | Buy | 08/06/20 | J | | |
| 64. "501 Eagle" Deutsche Telekom (X) | | None | J | T | Buy | 10/05/20 | J | | |
| 65. | | | | | Buy (add'l) | 12/10/20 | J | | |
| 66. "501 Eagle" Johnson & Johnson (X) | | None | J | T | Buy | 08/06/20 | J | | |
| 67. "501 Eagle" McKesson Corp (X) | | None | J | T | Buy | 10/15/20 | J | | |
| 68. "501 Eagle" Unilever (X) | | None | J | T | Buy | 08/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1: Part VII, line 4: The Mark Collection is a Limited Liability Company beneficially owned by ███████████ The company provides services and owns jewelry and gift items which are sold directly or on consignment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert A. Mark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544